IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ALBERT LINT,<br>    Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action No. 05-99<br>) Judge Arthur J. Schwab/ |
| M. SUSAN RUFFNER; SUMNER PARKER; MITCHELL A.KAUFMAN; JAMES R. WILSON, sued in their individual capacities,<br>    Defendants | ) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 28th day of March, 2006, after the plaintiff, James Albert Lint, filed an action in the above-captioned case, and after Motions to Dismiss were submitted by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendant Kaufman is GRANTED;

    IT IS FURTHER ORDERED that the Motion to Dismiss filed by Defendants Rufner, Parker, Kaufman, and Wilson is granted;

   IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

              s/Arthur J. Schwab

              ARTHUR J. SCHWAB
              United States District Judge

cc: Honorable Amy Reynolds Hay
   United States Magistrate Judge

   James Albert Lint
   DY-8760
   SCI Waymart
   P.O. Box 256
   Waymart, PA 18472-0256

   Mitchell A. Kaufman, Esq.
   390 Northcoast Point Drive
   Eastlake, OH 44095

   Carl B. Zacharia, Esq.
   Allegheny County Law Department
   300 Fort Pitt Commons
   445 Fort Pitt Boulevard
   Pittsburgh, PA 15219